UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM P. WOODS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cv-01131-WTL-DLP |
| COMMUNITY CORRECTIONS OF MARION COUNTY, DETECTIVES OF MARION COUNTY PROSECUTER, | ) |
| Defendants. | ) |

# **J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed.**

Date: 6/6/18

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

WILLIAM P. WOODS
605 W 27th St. Apt. 200
Indianapolis, IN 46208